UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RENEE CAIRNEY,<br><br>Plaintiff,<br><br>-against-<br><br>RICHMOND MEDICAL CENTER d/b/a RICHMOND UNIVERSITY MEDICAL CENTER and KATHRYN GIOVINAZZO,<br><br>Defendants. | **ORDER**<br><br>26-CV-06816 (PMH) |

PHILIP M. HALPERN, United States District Judge:

Renee Cairney ("Plaintiff") commenced the instant action on August 10, 2026 against Richmond Medical Center d/b/a Richmond University Medical Center and Kathryn Giovinazzo, individually ("Defendants"). (Doc. 1). On August 12, 2026, the Court issued an order to show cause why this action should not be transferred to the Eastern District of New York as, per the complaint, none of the defendants reside in this district and none of the events or omissions giving rise to Plaintiff's claims occurred in this district. (Doc. 7). Plaintiff's counsel filed a letter on August 14, 2026, indicating that all parties consent to the transfer of this action to the Eastern District of New York. (Doc. 8).

Accordingly, this action is hereby transferred to the United States District Court for the Eastern District of New York pursuant to 28 U.S.C. § 1404(a) on consent of the parties.

The Clerk of the Court is respectfully directed to transfer this action to United States District Court for the Eastern District of New York without regard to Local Civil Rule 83.1.

**SO ORDERED:**

Dated: White Plains, New York
August 17, 2026

Philip M. Halpern
United States District Judge